## U.S. Bankruptcy Court
## Northern District of Illinois (Chicago)
### Adversary Proceeding #: 04-04207

*Assigned to:* Honorable Judge Bruce W. Black
*Related BK Case:*
*Related BK Title:*                                   *Date Filed:* 12/03/04
*Demand:* $2000
*Nature of Suit:* 454

05 - 177

**Plaintiff**
-----------------------

**Doerge Capital Collaterlized Bridge Fund LP**   represented by   **Christina Conlin**
Gould & Ratner
222 N Lasalle St Suite 800
Chicago, IL 60601
312-236-3003
*LEAD ATTORNEY*

**Christopher J Horvay**
222 N Lasalle St Ste 800
Chicago, IL 60601
312-236-3003
*LEAD ATTORNEY*

**Ian H Fisher**
Schopf & Weiss LLP
312 West Randolph St
Chicago, IL 60606
312-701-9300
*LEAD ATTORNEY*

**Mark E Abraham**
*LEAD ATTORNEY*

**Robert A Carson**
*LEAD ATTORNEY*

**Alonso Armando**   represented by   **Christina Conlin**
(See above for address)
*LEAD ATTORNEY*

**Christopher J Horvay**
(See above for address)
*LEAD ATTORNEY*

**Ian H Fisher**
(See above for address)

**Mark E Abraham**
*LEAD ATTORNEY*

**Robert A Carson**
*LEAD ATTORNEY*

**Francisco Alonso**   represented by   **Christina Conlin**
(See above for address)
*LEAD ATTORNEY*

[Stamp: I hereby certify that the within and attached is a full, true and correct copy of the original on file as the same appears on file, in the office of the Clerk of the United States Bankruptcy Court for the Northern District of Illinois
KENNETH S. GARDNER
CLERK OF COURT
By _____ Deputy Clerk
Dated _____]

|  |  |  |
|---|---|---|
|  |  | **Christopher J Horvay**<br>(See above for address)<br>*LEAD ATTORNEY* |
|  |  | **Ian H Fisher**<br>(See above for address)<br>*LEAD ATTORNEY* |
|  |  | **Mark E Abraham**<br>*LEAD ATTORNEY* |
|  |  | **Robert A Carson**<br>*LEAD ATTORNEY* |
| **Ernest David, Jr** | represented by | **Christina Conlin**<br>(See above for address)<br>*LEAD ATTORNEY* |
|  |  | **Christopher J Horvay**<br>(See above for address)<br>*LEAD ATTORNEY* |
|  |  | **Ian H Fisher**<br>(See above for address)<br>*LEAD ATTORNEY* |
|  |  | **Mark E Abraham**<br>*LEAD ATTORNEY* |
|  |  | **Robert A Carson**<br>*LEAD ATTORNEY* |
| **Thomas Hall** | represented by | **Christina Conlin**<br>(See above for address)<br>*LEAD ATTORNEY* |
|  |  | **Christopher J Horvay**<br>(See above for address)<br>*LEAD ATTORNEY* |
|  |  | **Ian H Fisher**<br>(See above for address)<br>*LEAD ATTORNEY* |
|  |  | **Mark E Abraham**<br>*LEAD ATTORNEY* |
|  |  | **Robert A Carson**<br>*LEAD ATTORNEY* |

V.

**Defendant**
--------------------

| **Marcus Lemonis** | represented by | **Arthur J. Howe**<br>Schopf & Weiss LLP<br>312 West Randolph Street<br>Suite 300<br>Chicago, IL 60606<br>312.701.9300<br>*LEAD ATTORNEY* |
|---|---|---|

|  | Ian H Fisher<br>(See above for address) |
|---|---|
| **Freedom Roads LLC** | represented by **Arthur J. Howe**<br>(See above for address)<br>*LEAD ATTORNEY*<br><br>Ian H Fisher<br>(See above for address) |

| Filing Date | # | Docket Text |
|---|---|---|
| 12/03/2004 | 1 | **Entered in Error** 454 (Recover Money/Property): Complaint by Doerge Capital Collaterlized Bridge Fund LP , Alonso Armando , Francisco Alonso , Ernest David Jr, Thomas Hall against Marcus Lemonis , Freedom Roads LLC . Fee Amount $150. (Johnson, Jeffrey) Additional attachment(s) added on 12/17/2004 (Agnello, Joseph). **Corrective Entry:** 454 ( Recover Money/Property): Notice of Removal Modified on 1/14/2005 (Baumgart, Kara). (Entered: 12/03/2004) |
| 12/03/2004 | 2 | **Entered in Error** 454 (Recover Money/Property) : Complaint 04-04207 Filed by Doerge Capital Collaterlized Bridge Fund LP , Alonso Armando , Francisco Alonso , Ernest David Jr, Thomas Hall against Marcus Lemonis , Freedom Roads LLC (Johnson, Jeffrey) Modified on 1/14/2005 (Baumgart, Kara). (Entered: 12/03/2004) |
| 12/03/2004 | 3 | Adversary Proceeding Cover Sheet Filed by Ian H Fisher on behalf of Francisco Alonso , Alonso Armando , Ernest David Jr, Doerge Capital Collaterlized Bridge Fund LP , Thomas Hall . (Johnson, Jeffrey) Additional attachment(s) added on 12/17/2004 (Agnello, Joseph). (Entered: 12/03/2004) |
| 12/03/2004 | 4 | Receipt of Adversary Filing Fee - $150.00 by JJ. Receipt Number 03113940. Payment received from Schopf & Weiss. (Entered: 12/06/2004) |
| 12/03/2004 | 7 | Appearance Filed by Arthur J. Howe , Ian H Fisher on behalf of Freedom Roads LLC , Marcus Lemonis . (Ross, Demetrius) (Entered: 12/16/2004) |
| 12/08/2004 | 6 | Appearance Filed by Mark E Abraham , Christina Conlin , Robert A Carson , Christopher J Horvay on behalf of Francisco Alonso , Alonso Armando , Ernest David Jr, Doerge Capital Collaterlized Bridge Fund LP , Thomas Hall . (Epps, Wanda) (Entered: 12/10/2004) |
| 12/09/2004 | 5 | Order Granting Routine Unopposed Motion for Enlargment of Time to Answer or Otherwise Plead. Defendants shall file their responsive pleadings to the complaint on or before January 10, 2005. Signed on 12/9/2004 (Chavez, Baldo) (Entered: 12/09/2004) |
| 12/09/2004 | 8 | Routine Unopposed Motion to Extend Time To Answer or Otherwise Plead Filed by Ian H Fisher on behalf of Freedom Roads LLC , Marcus Lemonis . (Ross, Demetrius) (Entered: 12/17/2004) |
| 12/09/2004 | 9 | Order Granting Motion to Extend Time (Related Doc # 8). Signed on 12/9/2004. (Ross, Demetrius) (Entered: 12/17/2004) |
|  |  |  |

Page 4 of 5

| | | |
|---|---|---|
| 12/16/2004 | 🔍 10 | Notice of Filing re: Record and Proceedings of State Court Filed by Ian H Fisher on behalf of Freedom Roads LLC , Marcus Lemonis . (Ross, Demetrius) Additional attachment(s) added on 12/17/2004 (Henderson, LaToya). Modified on 12/17/2004 to attach correct PDF (Henderson, LaToya). (Entered: 12/17/2004) |
| 12/17/2004 | 🔍 11 | CORRECTIVE ENTRY to attach correct PDF (RE: 10 Notice of Filing, ). (Henderson, LaToya) (Entered: 12/17/2004) |
| 12/28/2004 | 🔍 12 | Notice of Motion and Motion for Abstain, Notice of Motion and Motion for Remand Filed by Christopher J Horvay on behalf of Francisco Alonso , Alonso Armando , Ernest David Jr, Doerge Capital Collaterlized Bridge Fund LP , Thomas Hall . Hearing scheduled for 1/13/2005 at 09:30 AM at 219 South Dearborn, Courtroom 615, Chicago, Illnois 60604. (Attachments: # 1 Exhibit) (Camacho, Marilyn) (Entered: 12/29/2004) |
| 01/05/2005 | 🔍 13 | Notice of Motion and Motion to Transfer Case To Another District - The United States District Court for the District of Delaware Filed by Ian H Fisher on behalf of Freedom Roads LLC , Marcus Lemonis . Hearing scheduled for 1/13/2005 at 09:30 AM at 219 South Dearborn, Courtroom 615, Chicago, Illnois 60604. (Attachments: # 1 Exhibit # 2 Proposed Order) (Ross, Demetrius) (Entered: 01/06/2005) |
| 01/10/2005 | 🔍 14 | Notice of Motion and Motion to Dismiss Adversary Proceeding Filed by Ian H Fisher on behalf of Freedom Roads LLC , Marcus Lemonis . (Attachments: # 1 Exhibit) (Ross, Demetrius) (Entered: 01/11/2005) |
| 01/13/2005 | 🔍 16 | Order Scheduling (RE: 13 Motion to Transfer Case to Another District, ). Reply due by: 2/3/2005 Responses due by 1/27/2005. Status hearing to be held on 2/17/2005 at 10:30 AM . Signed on 1/13/2005 (Chavez, Baldo) (Entered: 01/19/2005) |
| 01/14/2005 | 🔍 15 | Hearing Set (RE: 12 Motion for Abstain, , Motion for Remand,, 13 Motion to Transfer Case to Another District,, 14 Motion to Dismiss Adversary Proceeding). Hearing scheduled for 2/17/2005 at 10:30 AM at 219 South Dearborn, Courtroom 615, Chicago, Illnois 60604. (Woods, Sharon) (Entered: 01/14/2005) |
| 02/03/2005 | 🔍 17 | Response to (related document(s): 13 Motion to Transfer Case to Another District, ) Filed by Robert A Carson on behalf of Francisco Alonso , Alonso Armando , Ernest David Jr, Doerge Capital Collaterlized Bridge Fund LP , Thomas Hall (Ross, Demetrius) (Entered: 02/04/2005) |
| 02/03/2005 | 🔍 18 | Notice of Filing Filed by Robert A Carson on behalf of Francisco Alonso , Alonso Armando , Ernest David Jr, Doerge Capital Collaterlized Bridge Fund LP , Thomas Hall (RE: 17 Response, ). (Ross, Demetrius) (Entered: 02/04/2005) |
| 02/03/2005 | 🔍 19 | Response to (related document(s): 12 Motion for Abstain, , Motion for Remand, ) Filed by Ian H Fisher on behalf of Freedom Roads LLC , Marcus Lemonis (Attachments: # 1 Appendix # 2 Appendix) (Ross, Demetrius) (Entered: 02/04/2005) |
| 02/10/2005 | 🔍 20 | Reply to (related document(s): 12 Motion for Abstain, , Motion for Remand, ) Filed by Christopher J Horvay on behalf of Francisco Alonso , Alonso Armando , Ernest David Jr, Doerge Capital Collaterlized Bridge Fund LP , Thomas Hall (Ross, Demetrius) (Entered: 02/11/2005) |
| 02/10/2005 | 🔍 21 | Notice of Filing Filed by Christopher J Horvay on behalf of Francisco Alonso , |

|  |  | Alonso Armando , Ernest David Jr, Doerge Capital Collaterlized Bridge Fund LP , Thomas Hall (RE: 20 Reply, ). (Ross, Demetrius) (Entered: 02/11/2005) |
|---|---|---|
| 02/10/2005 | 22 | Reply to (related document(s): 13 Motion to Transfer Case to Another District, ) Filed by Ian H Fisher on behalf of Freedom Roads LLC , Marcus Lemonis (Ross, Demetrius) (Entered: 02/11/2005) |
| 02/10/2005 | 23 | Notice of Filing Filed by Ian H Fisher on behalf of Freedom Roads LLC , Marcus Lemonis (RE: 22 Reply). (Ross, Demetrius) (Entered: 02/11/2005) |
| 02/17/2005 | 24 | Order Granting Motion To Transfer Case To Another District (Related Doc # 13). Signed on 2/17/2005. (Henderson, LaToya) (Entered: 02/17/2005) |