| B 104<br>(Rev. 2/92) | **ADVERSARY PROCEEDING COVER SHEET**<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|---|

| PLAINTIFFS | DEFENDANTS |
|---|---|
| **Doerge Capital Collateralized Bridge Fund L.P., an Illinois Limited Partnership, Armando Alonso, an Individual, Francisco Alonso, an Individual, Ernest David, Jr., an Individual, and Thomas Hall, an Individual** | **Marcus Lemonis, an Individual, and FreedomRoads LLC, a limited liability company** |

| ATTORNEYS (Firm Name, Address, and Telephone No.) | ATTORNEYS (If Known) |
|---|---|
| **Schopf & Weiss LLP**<br>**312 W. Randolph Street, Chicago, IL 60606/312.701.9300** | **Robert A. Carson**<br>**Gould & Ratner**<br>**222 N. LaSalle St., Chicago, IL** |

| PARTY (Check one box only) | ☐ 1 U.S. PLAINTIFF | ☐ 2 U.S. DEFENDANT | ☑ 3 U.S. NOT A PARTY |
|---|---|---|---|

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

**28 U.S.C. §§ 1332, 1441 and 1452, Federal Rule of Bankruptcy Procedure 9027 and Local Bankruptcy Rule 9027-2**

# 04A04207

*[stamp: FILED UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS DEC 0 3 2004 KENNETH S. GARDNER, CLERK PS REP - JJ]*

| NATURE OF SUIT<br>(Check the one most appropriate box only.) | | |
|---|---|---|
| ☑ 454 To Recover Money or Property | ☐ 455 To revoke an order of confirmation of a Chap. 11, Chap. 12, or Chap. 13 Plan | ☐ 456 To obtain a declaratory judgment relating to any of foregoing causes of action |
| ☐ 435 To Determine Validity, Priority, or Extent of a Lien or Other Interest in Property | ☐ 426 To determine the dischargeability of a debt 11 U.S.C. § 523 | |
| ☐ 458 To obtain approval for the sale of both the interest of the estate and of a co-owner in property | ☐ 434 To obtain an injunction or other equitable relief | ☐ 459 To determine a claim or cause of action removed to a bankruptcy court |
| ☐ 424 To object or to revoke a discharge 11 U.S.C. § 727 | ☐ 457 To subordinate any allowed claim or interest except where such subordination is provided in a plan | ☐ 498 Other (specify) |

| ORIGIN OF PROCEEDINGS<br>(Check one box only.) | ☐ 1 Original Proceeding | ☑ 2 Removed Proceeding | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another Bankruptcy Court | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 |
|---|---|---|---|---|---|

| DEMAND<br>**$1,700,000** | OTHER RELIEF SOUGHT<br>**N/A** | ☐ JURY DEMAND<br>Check only if demanded in complaint |
|---|---|---|

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>**Holiday RV Superstores, Inc.** | BANKRUPTCY CASE NO.<br>**03-13221 (MFW)** | |
| DISTRICT IN WHICH CASE IS PENDING<br>**Delaware** | DIVISIONAL OFFICE<br>**N/A** | NAME OF JUDGE<br>**Mary F. Walrath** |

| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
|---|---|---|
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT | DIVISIONAL OFFICE | NAME OF JUDGE |

| FILING FEE (Check one box only.) | ☑ FEE ATTACHED | ☐ FEE NOT REQUIRED | ☐ FEE IS DEFERRED |
|---|---|---|---|

| DATE<br>**12/3/04** | PRINT NAME<br>**Ian H. Fisher** | SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br>*I. Fi. L* |
|---|---|---|

*3*