IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DOERGE CAPITAL COLLATERALIZED BRIDGE FUND L.P., an Illinois Limited Partnership, ARMANDO ALONSO, an Individual, FRANCISCO ALONSO, an Individual, ERNEST DAVIS, JR., an Individual, and THOMAS HALL, an Individual,<br><br>                Plaintiffs,<br><br>v.<br><br>MARCUS LEMONIS, an Individual, and FREEDOMROADS LLC, a Limited Liability Company,<br><br>                Defendants. | Case No. 04 A 04207<br><br>Judge Bruce W. Black<br><br>Removed from Circuit Court of the Nineteenth Judicial Circuit (Lake County), Case No. 04 L 873 |

### ORDER ON ROUTINE UNOPPOSED MOTION FOR ENLARGMENT OF TIME TO ANSWER OR OTHERWISE PLEAD

This matter comes before the Court pursuant to Defendants' Routine Unopposed Motion for Enlargement of Time to Answer or Otherwise Plead, IT IS HEREBY ORDERED:

The motion is GRANTED. Defendants shall file their responsive pleadings to the complaint on or before January 10, 2005.

Dated: December 9, 2004

12/9/04

_____
JUDGE BRUCE W. BLACK
UNITED STATES BANKRUPTCY COURT

_____
One of the Attorneys for Defendants
Arthur J. Howe
Ian H. Fisher
Schopf & Weiss LLP
312 W. Randolph Street; Suite 300
Chicago, Illinois 60606

_____
One of the Attorneys for Plaintiffs
Robert A. Carson
Christina B. Conlin
GOULD & RATNER
222 N. LaSalle Street, Suite 800
Chicago, IL 60601

141686_1.DOC