UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
DEC 0 8 2004
KENNETH S. GARDNER, CLERK
PS REP. - SJ

In the Matter of

DOERGE CAPITAL COLLATERALIZED BRIDGE FUND, ET AL.
V.
MARCUS LEMONIS, ET AL.

Case Number: 04 A 04207

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Doerge Capital Collateralized Bridge Fund L.P., an Illinois Limited Partnership, Armando Alonso, an Individual, Francisco Alonso, an Individual, Ernest Davis, Jr., an Individual, and Thomas Hall, an Individual

| (A) | (B) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME: Christopher J. Horvay | NAME: Robert A. Carson |
| FIRM: Gould & Ratner | FIRM: Gould & Ratner |
| STREET ADDRESS: 222 N. LaSalle Street, 8th Floor | STREET ADDRESS: 222 N. LaSalle Street, 8th Floor |
| CITY/STATE/ZIP: Chicago, Illinois 60601 | CITY/STATE/ZIP: Chicago, Illinois 60601 |
| TELEPHONE NUMBER: 312-236-3003 / FAX NUMBER: 312-236-3241 | TELEPHONE NUMBER: 312-236-3003 / FAX NUMBER: 312-236-3241 |
| E-MAIL ADDRESS: chorvay@gouldratner.com | E-MAIL ADDRESS: rcarson@gouldratner.com |
| IDENTIFICATION NUMBER: 01263315 | IDENTIFICATION NUMBER: 3126935 |
| MEMBER OF TRIAL BAR? YES ☑ NO ☐ | MEMBER OF TRIAL BAR? YES ☑ NO ☐ |
| TRIAL ATTORNEY? YES ☑ NO ☐ | TRIAL ATTORNEY? YES ☑ NO ☐ |
| | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME: Christina B. Conlin | NAME: Mark E. Abraham |
| FIRM: Gould & Ratner | FIRM: Gould & Ratner |
| STREET ADDRESS: 222 N. LaSalle Street, 8th Floor | STREET ADDRESS: 222 N. LaSalle Street, 8th Floor |
| CITY/STATE/ZIP: Chicago, Illinois 60601 | CITY/STATE/ZIP: Chicago, Illinois 60601 |
| TELEPHONE NUMBER: 312-236-3003 / FAX NUMBER: 312-236-3241 | TELEPHONE NUMBER: 312-236-3003 / FAX NUMBER: 312-236-3241 |
| E-MAIL ADDRESS: cconlin@gouldratner.com | E-MAIL ADDRESS: mabraham@gouldratner.com |
| IDENTIFICATION NUMBER: 6255644 | IDENTIFICATION NUMBER: 6269303 |
| MEMBER OF TRIAL BAR? YES ☐ NO ☑ | MEMBER OF TRIAL BAR? YES ☐ NO ☑ |
| TRIAL ATTORNEY? YES ☐ NO ☑ | TRIAL ATTORNEY? YES ☐ NO ☑ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |