# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Doerge Capital Collateralized Bridge Fund, L.P., Armando Alonso, Francisco Alonso, Ernest Davis, Jr., and Thomas Hall,
    Plaintiffs

v.

Marcus Lemonis and FreedomRoads LLC
    Defendants.

NO. 04A04207   JUDGE:



APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS:

Attorneys for Defendants MARCUS LEMONIS and FREEDOMROADS LLC

| (A) | (B) |
|---|---|
| SIGNATURE: *Art Howe / IHF* | SIGNATURE: *Ian Fish* |
| NAME: Arthur J. Howe | NAME: Ian H. Fisher |
| FIRM: Schopf & Weiss LLP | FIRM: Schopf & Weiss LLP |
| STREET ADDRESS: 312 West Randolph Street, Suite 300 | STREET ADDRESS: 312 West Randolph Street, Suite 300 |
| CITY/STATE/ZIP: Chicago, Illinois 60606 | CITY/STATE/ZIP: Chicago, Illinois 60606 |
| TELEPHONE NUMBER: 312.701.9300 | TELEPHONE NUMBER: 312.701.9300 |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE): 6190109 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE): 6224920 |
| MEMBER OF TRIAL BAR? YES ☑ NO ☐ | MEMBER OF TRIAL BAR? YES ☑ NO ☐ |
| TRIAL ATTORNEY? YES ☑ NO ☐ | TRIAL ATTORNEY? YES ☑ NO ☐ |
|  | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☑ |

| (C) | (D) |
|---|---|
| SIGNATURE: | SIGNATURE: |
| NAME: | NAME: |
| FIRM: | FIRM: |
| STREET ADDRESS: | STREET ADDRESS: |
| CITY/STATE/ZIP: | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: | TELEPHONE NUMBER: |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE): | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE): |
| MEMBER OF TRIAL BAR? YES ☐ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☐ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

Filed stamp: UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS, DEC 03 2004, KENNETH S. GARDNER, CLERK, PS REP. - JJ