IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DOERGE CAPITAL COLLATERALIZED BRIDGE FUND L.P., an Illinois Limited Partnership, ARMANDO ALONSO, an Individual, FRANCISCO ALONSO, an Individual, ERNEST DAVIS, JR., an Individual, and THOMAS HALL, an Individual,<br><br>                       Plaintiffs,<br><br>v.<br><br>MARCUS LEMONIS, an Individual, and FREEDOMROADS LLC, a Limited Liability Company,<br>                       Defendants. | Case No. 04 A 04207<br><br>Judge Bruce W. Black<br><br>Removed from Circuit Court of the Nineteenth Judicial Circuit (Lake County), Case No. 04 L 873 |

FILED
DEC 09 2004
BRUCE W. BLACK,
UNITED STATES BANKRUPTCY JUDGE
BANKRUPTCY COURT

**ROUTINE UNOPPOSED MOTION
FOR ENLARGMENT OF TIME TO ANSWER OR OTHERWISE PLEAD**

        Defendants Marcus Lemonis and FreedomRoads LLC, by their undersigned attorneys, respectfully move pursuant to Local Bankruptcy Rule 9013-1(A)(6), (B), (D) & (E) for enlargement of time to answer or otherwise plead to January 10, 2005. In support, Lemonis and FreedomRoads state:

        1.     Plaintiffs originally filed this matter in state court. FreedomRoads was served with the state complaint on November 4, 2004. Lemonis has not been served.

        2.     On December 3, 2004, Lemonis and FreedomRoads removed the matter to this Court pursuant to 28 U.S.C. §§ 1332, 1441 and 1452, Federal Rule of Bankruptcy Procedure 9027, and Local Bankruptcy Rule 9027-2.

        3.     Under Federal Rule of Bankruptcy Procedure 9027(f), the date for FreedomRoads to answer or otherwise plead is December 10, 2004. *Cf.* Fed. R. Civ. P. 81(c).

141686_1.DOC

4.  FreedomRoads wishes to enlarge the time for it to file its responsive pleading to January 10, 2005. Lemonis wishes to also file his responsive pleading on or before this date. This request is sought solely to properly prepare responsive pleadings during a period that includes two holidays, and is not sought for the purposes of delay or any other improper purpose.

5.  Counsel for Plaintiffs has agreed to this enlargement of time, without prejudice to any objection to removal or motion to remand.

6.  Pursuant to Local Bankruptcy Rule 9013-1(E), a proposed order is attached, signed by counsel for all parties.

For these reasons, Defendants Marcus Lemonis and FreedomRoads LLC respectfully request enlargement of time to answer or otherwise plead to January 10, 2005.

Dated: December 9, 2004        Respectfully submitted,

_____
One of the Attorneys for Defendants
Marcus Lemonis and FreedomRoads LLC

Arthur J. Howe
Ian H. Fisher
Schopf & Weiss LLP
312 W. Randolph Street; Suite 300
Chicago, Illinois 60606
(312) 701-9300

## CERTIFICATE OF SERVICE

I, Ian H. Fisher, an attorney, certify that on December 9, 2004, I caused a copy of the attached **Routine Unopposed Motion for Enlargement of Time to Answer or Otherwise Plead** to be served by prepaid, first class U.S. mail and by facsimile upon:

>Robert A. Carson
>Christina B. Conlin
>GOULD & RATNER
>222 N. LaSalle Street
>Suite 800
>Chicago, IL 60601
>312-236-3003 (phone)
>312.236.3241 (facsimile)

Ian H. Fisher