UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | Bruce W. Black | Hearing Date | January 13, 2005 |
| Bankruptcy Case No. | 03-13221 (Bankr. D. Del.) | Adversary No. | 04 A 04207 |
| Title of Case | Doerge Capital Collateralized Bridge Fund L.P., et al. v. Lemonis, et al. | | |

Brief Statement of Motion: Requesting transfer of the adversary proceeding to the District of Delaware, where the underlying bankruptcy is pending, pursuant to 28 U.S.C. 1412, or alternatively 28 U.S.C. 1404.

Names and Addresses of moving counsel:
Arthur J. Howe and Ian H. Fisher, Schopf & Weiss LLP
312 W. Randolph St., Suite 300
Chicago, IL 60606

Representing: Marcus Lemonis and FreedomRoads LLC

## ORDER

Leave given parties to file and serve response on or before 1/27/05
Reply to be filed and served on or before 2/3/05
Status on motion set for 2/17/05 at 9:30

/s/ Bruce W. Black

6/11/99