IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DOERGE CAPITAL COLLATERALIZED BRIDGE FUND L.P., an Illinois Limited Partnership, ARMANDO ALONSO, an Individual, FRANCISCO ALONSO, an Individual, ERNEST DAVIS, JR, an Individual, and THOMAS HALL, an Individual<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>MARCUS LEMONIS, an Individual, and FREEDOM ROADS, LLC, a limited liability company<br><br>　　　　　　Defendants. | No.　04 A 04207<br><br>The Honorable Bruce W. Black |

**NOTICE OF FILING**

TO:　Arthur J. Howe
　　　Ian H. Fischer
　　　Schopf & Weiss LLP
　　　312 W. Randolph Street, Suite 300
　　　Chicago, IL 60606

　　　**PLEASE TAKE NOTICE** that on **February 3, 2005**, the undersigned counsel filed with the Clerk of the United States Bankruptcy Court, Northern District of Illinois, Eastern Division, **Plaintiffs' Response to Motion to Transfer**, a copy of which is attached hereto and served upon you.

　　　　　　　　　　　　　　　　　Doerge Capital Collateralized Bridge Fund L.P., an
　　　　　　　　　　　　　　　　　Illinois Limited Partnership, Armando Alonso,
　　　　　　　　　　　　　　　　　Francisco Alonso, Ernest Davis, Jr., and Thomas
　　　　　　　　　　　　　　　　　Hall

　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　One of their attorneys

Robert A. Carson (#3126935)
Christopher J. Horvay (# 01263315)
Christina B. Conlin (#6255644)
Gould & Ratner
222 North LaSalle Street, Eighth Floor
Chicago, Illinois 60601
(312) 236-3003

/273797.v1

## CERTIFICATE OF SERVICE

I, Sharon Tillman, a non-attorney, state that I caused copies of the attached **Plaintiffs' Response to Motion to Transfer**, to be served upon the following parties listed below, via facsimile (without exhibits) and via first class mail with proper postage, on February 3, 2005, before 5:00 p.m.

*Sharon Tillman*
Sharon Tillman

TO:

Arthur J. Howe
Ian H. Fischer
Schopf & Weiss LLP
312 W. Randolph Street, Suite 300
Chicago, IL 60606

/269885.v 1