IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

FEB 1 0 2005

KENNETH S. GARDNER, CLERK
PS REP. - MJ

| | |
|---|---|
| DOERGE CAPITAL COLLATERALIZED BRIDGE FUND L.P., an Illinois Limited Partnership, ARMANDO ALONSO, an Individual, FRANCISCO ALONSO, an Individual, ERNEST DAVIS, JR, an Individual, and THOMAS HALL, an Individual<br><br>Plaintiffs,<br><br>v.<br><br>MARCUS LEMONIS, an Individual, and FREEDOM ROADS, LLC, a limited liability company<br><br>Defendants. | No.   04 A 04207<br><br>The Honorable Bruce W. Black |

**NOTICE OF FILING**

TO: Arthur J. Howe
Ian H. Fischer
Schopf & Weiss LLP
312 W. Randolph Street, Suite 300
Chicago, IL 60606

**PLEASE TAKE NOTICE** that on **February 10, 2005**, the undersigned counsel filed with the Clerk of the United States Bankruptcy Court, Northern District of Illinois, Eastern Division, **Plaintiffs' Reply In Support of Motion to Abstain and Remand,** a copy of which is attached hereto and served upon you.

Doerge Capital Collateralized Bridge Fund L.P., an Illinois Limited Partnership, Armando Alonso, Francisco Alonso, Ernest Davis, Jr., and Thomas Hall

By: _____
One of their attorneys

Robert A. Carson (#3126935)
Christopher J. Horvay (# 01263315)
Christina B. Conlin (#6255644)
Gould & Ratner
222 North LaSalle Street, Eighth Floor
Chicago, Illinois 60601
(312) 236-3003

/273797

## CERTIFICATE OF SERVICE

I, Sharon Tillman, a non-attorney, state that I caused copies of the attached **Plaintiffs' Reply In Support of Motion to Remand or Abstain**, to be served upon the following parties listed below, via first class mail with proper postage, on February 10, 2005, before 5:00 p.m.

*Sharon Tillman*
Sharon Tillman

TO:

Arthur J. Howe
Ian H. Fischer
Schopf & Weiss LLP
312 W. Randolph Street, Suite 300
Chicago, IL 60606

/269885