IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DOERGE CAPITAL COLLATERALIZED BRIDGE FUND L.P., a Limited Partnership, ARMANDO ALONSO, an Individual, FRANCISCO ALONSO, an Individual, ERNEST DAVIS, JR., an Individual, and THOMAS HALL, an Individual,<br><br>        Plaintiffs,<br><br>v.<br><br>MARCUS LEMONIS, an Individual, and FREEDOMROADS LLC, a Limited Liability Company,<br><br>        Defendants. | Case No. 04 A 04207<br><br>Judge Bruce W. Black<br><br>Removed from Circuit Court of the Nineteenth Judicial Circuit (Lake County), Case No. 04 L 873 |

## NOTICE OF FILING

TO: Robert A. Carson
Christopher J. Horvay
Christina B. Conlin
Gould & Ratner
222 North LaSalle Street, Eighth Floor
Chicago, IL 60601

    PLEASE TAKE NOTICE that on February 10, 2005, we filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, Defendants' Reply on Their Motion to Transfer to the United States District Court for the District of Delaware, a true and correct copy of which is hereby served upon you.

Respectfully submitted,

_/s/ I. Fil_

One of the Attorneys for Defendants
Marcus Lemonis and FreedomRoads LLC

Arthur J. Howe (ARDC # 6190109)
Ian H. Fisher (ARDC # 6224920)
Schopf & Weiss LLP
312 W. Randolph Street, Suite 300
Chicago, Illinois 60606
(312) 701-9300

*FILED — Kenneth S. Gardner, Clerk, United States Bankruptcy Court, Northern District of Illinois, FEB 10 2005, PS REP. - MBM*