IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DOERGE CAPITAL COLLATERALIZED BRIDGE FUND L.P., an Illinois Limited Partnership, ARMANDO ALONSO, an Individual, FRANCISCO ALONSO, an Individual, ERNEST DAVIS, JR., an Individual, and THOMAS HALL, an Individual,<br><br>Plaintiffs,<br><br>v.<br><br>MARCUS LEMONIS, an Individual, and FREEDOMROADS LLC, a Limited Liability Company,<br><br>Defendants. | Case No. 04 A 04207<br><br>Judge Bruce W. Black<br><br>Removed from Circuit Court of the Nineteenth Judicial Circuit (Lake County), Case No. 04 L 873 |

**ORDER TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

This matter comes before the Court pursuant to Defendants' Motion to Transfer to the United States District Court for the District of Delaware, IT IS HEREBY ORDERED:

The motion is GRANTED. Under Local Bankruptcy Rule 1014-1, the Clerk shall transfer forthwith this case to the United States District Court for the District of Delaware.

Dated: Feb 17, 2005

_____
JUDGE BRUCE W. BLACK
UNITED STATES BANKRUPTCY COURT

141812 2.DOC