## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOERGE CAPITAL COLLATERALIZED BRIDGE FUND L.P., an Illinois Limited Partnership. ARMANDO ALONSO, an Individual, FRANCISCO ALONSO, an Individual, ERNEST DAVIS, JR., an Individual, And THOMAS HALL, an Individual, | : : : : : : : |
| Plaintiffs, | : : |
| v. | : C.A. No. 05-CV-177 (GMS) : |
| MARCUS LEMONIS, an Individual, and FREEDOM ROADS, LLC, a limited liability Company, | : : : : |
| Defendants. | : |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Gould & Ratner and Saul Ewing LLP as counsel for Plaintiffs in the above-captioned matter. All pleadings filed in this matter should be served upon counsel for the Plaintiffs as follows:

| | |
|---|---|
| Robert A. Carson, Esquire<br>Christopher J. Horvay, Esquire<br>Gould & Ratner<br>222 N. LaSalle Street, 8th Floor<br>Chicago, IL  60601<br>(312) 236-3003<br>(312) 236-3241 (fax)<br>Email:  rcarson@gouldratner.com<br>            chorvay@gouldratner.com | Mark Minuti, Esquire<br>Saul Ewing LLP<br>222 Delaware Avenue, Suite 1200<br>P. O. Box 1266<br>Wilmington, DE  19899<br>(302) 421-6840<br>(302) 421-5873 (fax)<br>Email:  mminuti@saul.com |

519233.1 4/13/05

/s/ Mark Minuti
Mark Minuti (No. 2659)
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6840
(302) 421-5873 (fax)
Email: mminuti@saul.com

-and-

Robert A. Carson, Esquire
Christopher J. Horvay, Esquire
Gould & Ratner
222 N. LaSalle Street, 8th Floor
Chicago, IL 60601
(312) 236-3003
(312) 236-3241 (fax)
Email: rcarson@gouldratner.com
         chorvay@gouldratner.com

Attorneys for Plaintiffs

Dated: April 13, 2005

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DOERGE CAPITAL COLLATERALIZED BRIDGE FUND L.P., an Illinois Limited Partnership. ARMANDO ALONSO, an Individual, FRANCISCO ALONSO, an Individual, ERNEST DAVIS, JR., an Individual, And THOMAS HALL, an Individual, | : : : : : : : | |
| Plaintiffs, | : : | |
| v. | : : | C.A. No. 05-CV-177 (GMS) |
| MARCUS LEMONIS, an Individual, and FREEDOM ROADS, LLC, a limited liability Company, | : : : : | |
| Defendants. | : | |

### CERTIFICATE OF SERVICE

I, Mark Minuti, Esquire, of Saul Ewing LLP, certify that on April 13, 2005, service of the foregoing **Entry Of Appearance** was made by First Class Mail on the following party.

> Arthur J. Howe, Esquire
> Ian H. Fischer, Esquire
> Schopf & Weiss LLP
> 312 W. Randolph Street, Suite 300
> Chicago, IL  60606

> /s/ Mark Minuti
> Mark Minuti (No. 2659)
> **SAUL EWING LLP**
> 222 Delaware Avenue, Suite 1200
> P. O. Box 1266
> Wilmington, DE  19899
> (302) 421-6840
> (302) 421-5873 (fax)
> Email:  mminuti@saul.com

519233.1 4/13/05