IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DOERGE CAPITAL COLLATERALIZED BRIDGE FUND L.P., et al., | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 05 CV 177 (GMS) |
| v. | ) ) ) | |
| MARCUS LEMONIS, et al., | ) ) | |
| Defendants. | ) | |

**ENTRY OF APPEARANCE**

The undersigned hereby enters his appearance as counsel for defendants, Marcus Lemonis and FreedomRoads LLC.

Dated: April 21, 2005         MORRIS, JAMES, HITCHENS & WILLIAMS LLP

_____
Brett D. Fallon (#2480)
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, Delaware 19899
Telephone: (302) 888-6888
Facsimile: (302) 571-1750
Email: bfallon@morrisjames.com

-and-

Arthur J. Howe
Ian H. Fisher
Schopf & Weiss LLP
312 West Randolph Street, Suite 300
Chicago, IL 60606
Telephone: (312) 701-9300
Facsimile:  (312) 701-9335
Email: howe@sw.com
Email: fisher@sw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOERGE CAPITAL COLLATERALIZED )<br>BRIDGE FUND L.P., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MARCUS LEMONIS, et al., )<br>)<br>Defendants. ) | Case No. 05 CV 177 (GMS) |

### AFFIDAVIT OF VICTORIA GUILFOYLE, PARALEGAL

STATE OF DELAWARE    :
                     : SS:
NEW CASTLE COUNTY    :

I, Victoria Guilfoyle, certify that I am, and at all times during the service, have been an employee of Morris, James, Hitchens & Williams LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on April 21, 2005, I caused service of the following:

### ENTRY OF APPEARANCE

Service was completed upon the parties on the attached list in the manner indicated thereon.

Date: April 21, 2005.

                                    _____
                                    Victoria Guilfoyle

VAG/109550-0001/1148196/1


SWORN AND SUBSCRIBED before me this 21st day of April, 2005.

                                                NOTARY

My commission expires:

ELLEN J. ZICKEFOOSE
Notary Public - State of Delaware
My Comm. Expires Feb. 21, 2007

| **VIA FIRST CLASS MAIL** | **VIA HAND DELIVERY** |
|---|---|
| Robert A. Carson, Esquire<br>Christopher J. Horvay, Esquire<br>Gould & Ratner<br>222 N. LaSalle Street, 8th Floor<br>Chicago, Illinois 60601 | Mark Minuti, Esq.<br>Saul Ewing LLP<br>222 Delaware Avenue, Suite 1200<br>P.O. Box 1266<br>Wilmington, Delaware 19899 |

VAG/109550-0001/1148196/1