IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOERGE CAPITAL COLLATERALIZED BRIDGE FUND L.P., et al., <br><br> Plaintiffs, <br><br> v. <br><br> MARCUS LEMONIS, et al., <br><br> Defendants. | Case No. 05 C 177 (GMS) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Arthur J. Howe to represent FreedomRoads LLC and Marcus Lemonis in this matter.

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

*/s/ Brett D. Fallon*
Brett D. Fallon (#2480)
222 Delaware Avenue, 10th Floor
Post Office Box 2306
Wilmington, DE 19899-2306
Telephone: (302) 888-6888
Facsimile: (302) 571-1750
Email: bfallon@morrisjames.com
Attorney for: FreedomRoads LLC and Marcus Lemonis

Date: April 21, 2005

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____    _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Illinois State Bar and the Northern District of Illinois Trial Bar, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court.

Signed: _____

Date: April 12, 2005

Arthur J. Howe, Esquire
Schopf & Weiss LLP
312 West Randolph Street, Suite 300
Chicago, IL 60606
Telephone: (312) 701-9300
Facsimile:  (312) 701-9335
Email: howe@sw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DOERGE CAPITAL COLLATERALIZED ) <br> BRIDGE FUND L.P., et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MARCUS LEMONIS, et al., ) <br> ) <br> Defendants. ) | | Case No. 05 CV 177 (GMS) |

### AFFIDAVIT OF VICTORIA GUILFOYLE, PARALEGAL

STATE OF DELAWARE     :
                     : SS:
NEW CASTLE COUNTY    :

    I, Victoria Guilfoyle, certify that I am, and at all times during the service, have been an employee of Morris, James, Hitchens & Williams LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on April 21, 2005, I caused service of the following:

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

    Service was completed upon the parties on the attached list in the manner indicated thereon.

Date: April 21, 2005.

                                                               /s/ Victoria Guilfoyle
                                                              Victoria Guilfoyle

SWORN AND SUBSCRIBED before me this 21st day of April, 2005.

_____
NOTARY
My commission expires:

ELLEN J. ZICKEFOOSE
Notary Public - State of Delaware
My Comm. Expires Feb. 21, 2007

**VIA FIRST CLASS MAIL**

Robert A. Carson, Esquire
Christopher J. Horvay, Esquire
Gould & Ratner
222 N. LaSalle Street, 8th Floor
Chicago, Illinois 60601

**VIA HAND DELIVERY**

Mark Minuti, Esq.
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, Delaware 19899

VAG/109550-0001/1148373/1