IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DOERGE CAPITAL COLLATERALIZED BRIDGE FUND L.P., an Illinois Limited Partnership. ARMANDO ALONSO, an Individual, FRANCISCO ALONSO, an Individual, ERNEST DAVIS, JR., an Individual, And THOMAS HALL, an Individual, | : : : : : : : | |
| Plaintiffs, | : : | |
| v. | : : | C.A. No. 05-CV-177 (GMS) |
| MARCUS LEMONIS, an Individual, and FREEDOM ROADS, LLC, a limited liability Company, | : : : : | |
| Defendants. | : | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE
## (ROBERT A. CARSON)

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Robert A. Carson of Gould & Ratner to represent the Plaintiffs in the above-referenced matter.

                                                Mark Minuti, Movant (No. 2659)
                                                **SAUL EWING LLP**
                                                222 Delaware Avenue, Suite 1200
                                                P.O. Box 1266
                                                Wilmington, DE  19899
                                                (302) 421-6800
                                                (302) 421-5873 (Fax)
                                                Email: mminuti@saul.com

                                                Counsel for Plaintiffs

Dated:  May 2, 2005

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** counsel's motion for admission pro hac vice for Robert A. Carson is granted.

_____
Judge

Dated: _____, 2005

-3-

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/5/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this Motion.

_____
Robert A. Carson
**GOULD & RATNER**
222 N. LaSalle Street, 8th Floor
Chicago, IL 60601
(312) 236-3003
(312) 236-3241 (Fax)
Email: rcarson@gouldratner.com

Date: __5/2__, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOERGE CAPITAL COLLATERALIZED BRIDGE FUND L.P., an Illinois Limited Partnership. ARMANDO ALONSO, an Individual, FRANCISCO ALONSO, an Individual, ERNEST DAVIS, JR., an Individual, And THOMAS HALL, an Individual, | : : : : : : : |
| Plaintiffs, | : : |
| v. | :  C.A. No. 05-CV-177 (GMS) |
| | : |
| MARCUS LEMONIS, an Individual, and FREEDOM ROADS, LLC, a limited liability Company, | : : : : |
| Defendants. | : |

**CERTIFICATE OF SERVICE**

I, Mark Minuti, Esquire, of Saul Ewing LLP, certify that on May 2, 2005, service of the foregoing **Motion And Order For Admission Pro Hac Vice (Robert A. Carson)** was made by First Class Mail on the following parties.

> Brett D. Fallon, Esquire
> Morris, James, Hitchens & Williams LLP
> 222 Delaware Avenue, 10th Floor
> P.O. Box 2306
> Wilmington, DE  19899
>
> Arthur J. Howe, Esquire
> Ian H. Fischer, Esquire
> Schopf & Weiss LLP
> 312 W. Randolph Street, Suite 300
> Chicago, IL  60606

520067.1 5/2/05

_____
Mark Minuti (No. 2659)
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P. O. Box 1266
Wilmington, DE  19899
(302) 421-6840
(302) 421-5873 (fax)
Email:  mminuti@saul.com