**SAUL EWING**
Attorneys at Law
A Delaware LLP

Mark Minuti
Phone: (302) 421-6840
Fax: (302) 421-5873
mminuti@saul.com
www.saul.com

June 3, 2005

**BY HAND**
The Honorable Gregory M. Sleet
United States District Court
For the District of Delaware
844 North King Street
Lock Box 19
Wilmington, DE 19801

      RE:    **Doerge Capital Collateralized Bridge Fund, L.P., et al. v.
Marcus Lemonis, et al., Case No. 05 CVS 177 (GMS)**

Dear Judge Sleet:

      Our firm, along with Gould & Ratner, represents plaintiffs Doerge Capital Collateralized Bridge Fund, L.P., Armando Alonso, Francisco Alonso, Ernest Davis, Jr., and Thomas Hall (collectively the "Plaintiffs") in the above-captioned action which was recently transferred to this Court from the United States Bankruptcy Court for the Northern District of Illinois (the "Illinois Bankruptcy Court"). We write to inquire as to whether or not the Court intends to preside over this action or whether this matter will be referred to the United States Bankruptcy Court for the District of Delaware (the "Delaware Bankruptcy Court").

      By way of background, Plaintiffs filed this action in the Nineteenth Judicial Circuit, Lake County, Illinois (the "Illinois State Court"), stating claims for fraud, breach of fiduciary duty, and successor liability against Marcus Lemonis and FreedomRoads, LLC (collectively the "Defendants"). The Defendants removed the action to the Illinois Bankruptcy Court and succeeded in convincing that court to transfer the action to this Court on the basis that the Plaintiffs' case constituted a "core proceeding" (as defined by 28 U.S.C. §§ 1334 and 157) within the bankruptcy case of Holiday RV Superstores, Inc. (the "Debtor") pending in the Delaware Bankruptcy Court (Case No. 03-13221 (MFW)). Please note that Plaintiffs contend that this action is not a core proceeding within the Debtor's bankruptcy case and the outcome of this action will have no impact upon the Debtor, the Debtor's estate or its creditors or parties in interest.

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

BALTIMORE   CHESTERBROOK   HARRISBURG   NEWARK   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP

A the time the case was transferred to this Court, Defendants' motion to abstain and remand back to the Illinois State Court had been fully briefed (the "Motion to Remand"). The Motion to Remand is ripe for decision and the Plaintiffs are anxious to have this motion decided.

Accordingly, we are writing to inquire as to whether or not the Court will preside over this action, or whether the action will be referred to the Delaware Bankruptcy Court. We believe this matter should be referred to the Delaware Bankruptcy Court presiding over the Debtor's bankruptcy case, who can quickly address the Motion to Remand. Because the basis of the Defendants' motion to transfer the case to Delaware was their argument that it was a core proceeding within the Debtor's bankruptcy case, we were surprised to learn that Defendants oppose the referral of this action from this Court to the Bankruptcy Court.

If the Court needs further information regarding this matter, we are available for an in person of telephonic status conference at the Court's convenience. We appreciate the Court's attention to this matter.

Respectfully submitted,

Mark Minuti

cc: Clerk, United States District Court
    Brett D. Fallon, Esq.
    Arthur J. Howe, Esq.
    Robert A. Carson, Esq.
    Christopher J. Horvay, Esq.