# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 DELAWARE AVENUE
P.O. BOX 2306
WILMINGTON, DELAWARE 19899-2306
(302) 888-6800
FACSIMILE (302) 571-1750

Brett D. Fallon
DIRECT DIAL
(302) 888-6888
E-MAIL
bfallon@morrisjames.com

DOVER OFFICE
(302) 678-8815
NEWARK OFFICE
(302) 368-4200
WORLD WIDE WEB
http://www.morrisjames.com

June 7, 2005

**VIA HAND DELIVERY**
The Honorable Gregory M. Sleet
The United States District Court
    for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, Delaware 19801

    Re:    *Doerge Capital Collateralized Bridge Fund L.P., et al. v. Marcus Lemonis, et al.*
             Case No. 05 C 177-GMS

Dear Judge Sleet:

    Our firm, along with Schopf & Weiss LLP, represents defendants Marcus Lemonis and FreedomRoads LLC in the above captioned action. We write in response to Mark Minuti's letter to Your Honor dated June 3, 2005 ("Plaintiffs' Letter").

    Plaintiffs' Letter argues that this Court should refer this case to the United States Bankruptcy Court for the District of Delaware (the "Delaware Bankruptcy Court"). As we suggested to Plaintiffs, any argument to refer the matter to the Delaware Bankruptcy Court should more appropriately be made by motion. Nonetheless, Defendants believe that this case should remain with this Court, and would like to be heard on that issue, in whatever manner the Court deems appropriate.

    Plaintiffs also seek to push the Motion to Remand to the fore. A Motion to Dismiss however, is also pending. The parties would be well advised to complete the briefing on that motion as well. As with the informal motion that Plaintiffs have made to refer this matter to the Delaware Bankruptcy Court, we will await Your Honor's direction as to how you want this to be addressed, and again invite the Plaintiffs to enter into discussions with us so that we can agree on a suitable briefing schedule to present to the Court.

The Honorable Gregory M. Sleet
Page Two
June 7, 2005

      We are available for an in-person or telephonic status conference at the Court's convenience.

                Respectfully submitted,

                Brett D. Fallon

BDF:ejbz

cc:    Clerk of the Court (by hand)
        Mark Minuti, Esquire (by hand)
        Robert A. Carson, Esquire (by email)
        Arthur J. Howe, Esquire (by email)