IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DOERGE CAPITAL COLLATERALIZED ) <br> BRIDGE FUND LP, ARMONDO ) <br> ALONSO, FRANCISCO ALONSO, ) <br> ERNEST DAVIS, JR., AND THOMAS ) <br> HALL, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MARCUS LEMONIS, AND ) <br> FREEDOMROADS LLC, ) <br> ) <br> Defendants. ) | | C.A. No. 05-177 (GMS) |

## ORDER

WHEREAS, on March 22, 2005, the above-captioned matter was transferred to this court from the United States Bankruptcy Court for the Northern District of Illinois; and

WHEREAS this court automatically refers such matters to the United States Bankruptcy Court for the District of Delaware.

IT IS HEREBY ORDERED THAT:

The above-captioned matter be referred to the United States Bankruptcy Court for the District of Delaware for its consideration.

Dated: July 19, 2005                                   /s/ Gregory M. Sleet
                                                                 UNITED STATES DISTRICT COURT